UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ERNEST LEE DENSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV623-002 |
| MARLA RILEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 11), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Plaintiff's claims against Defendants GSP (Medical), Williams Jonathan, and Doctor Cox are **DISMISSED**. Plaintiff's remaining Eighth Amendment claims were served upon Defendants Riley and Bobbitt and remain pending.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of June, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA