AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERNEST LEE DENSON,

Plaintiff,

                              JUDGMENT IN A CIVIL CASE

V.                    CASE NUMBER: CV623-2

MARLA RILEY, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated 3/6/2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Defendants' Motion to dismiss is granted and Plaintiff's Amended Complaint is dismissed.  This case stands closed.

| 3/6/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020